UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Patel Family Trust, et al.,**

                                                Case No. C2-11-1003
                                                **JUDGE GREGORY L. FROST**
                                                **Magistrate Judge King**

              **Plaintiffs,**

    v.

**AMCO Insurance Company,**

              **Defendant.**

## ORDER

     This matter came on upon General Electric Capital Corporation's Motion to Intervene (ECF No. 8) filed on December 27, 2011.  Any memoranda in opposition shall be filed by January 19, 2012.  No reply memorandum will be permitted.  The Motion to Intervene shall come on for a non-oral hearing on January 20, 2012.

       **IT IS SO ORDERED.**

                                                 /s/   Gregory L. Frost
                                                GREGORY L. FROST
                                                UNITED STATES DISTRICT JUDGE