**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**PATEL FAMILY TRUST, et al.,**

    **Plaintiffs,**

                      **Case No. 11-cv-1003**
    **v.**                            **Judge Gregory L. Frost**

**AMCO INSURANCE COMPANY,**

    **Defendant.**

## SCHEDULING ORDER

The Court sets the following deadlines and hearing dates:

(1) The parties shall file all dispositive motions on or before January 15, 2013. Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), a party filing a memorandum in opposition shall do so within twenty-one (21) days from the date of service set forth in the certificate of service attached to the dispositive motion. A party filing a reply memorandum shall do so within fourteen (14) days from the date of service of the memorandum in opposition.

(2) A non-oral hearing on all dispositive motions is scheduled for March 15, 2013.

(3) A final pre-trial conference is scheduled for June 13, 2013 at 12:00 p.m.

(4) The jury trial is scheduled to commence on July 29, 2013 at 9:00 a.m.

                                                   /s/   **Gregory L. Frost**
                                                  Gregory L. Frost
                                                  United States District Judge